IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESUS RUIZ,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                      Case No. 15-cv-372-jdp

L. WILLIAMS,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent L. Williams denying the petition of Jesus Ruiz for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

/s/                                               1/16/2018

Peter Oppeneer, Clerk of Court                      Date