DOC NO
REC'D/FILED

UNITED STATES DISTRICT COURT

2018 JAN 26 AM 10: 35

WESTERN DISTRICT OF WISCONSIN

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

(Madison Division)

| | |
|---|---|
| Jesus Ruiz, | § |
|     Petitioner-Appellant, | § |
| v | § Case No. 15-CV-372 jdp |
| | § |
| Louis Williams II, | § |
|     Respondent-Appellee. | § |

---

### NOTICE OF APPEAL

---

Notice is hereby given that Jesus Ruiz, through pro se, hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement from the District Court's ORDER of January 18, 2018, denying Petitioner's 28 U.S.C. §2241 petition, entered for the record under the above Civil Action Number.

On this 23rd, day of January 2018.

Respectfully submitted,

Jesus Ruiz

Jesus Ruiz 09184-424
P.O. Box 1000
Oxford, Wisconsin 53952